Date: 02/04/10

# DIVIDENDS REMITTED TO THE COURT

Check Number 3007 Dated 02/04/10
Case Number 07-35512 - FISH, GREGORY A.

#3007 #128271

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | 000005 | 657.48 | 4.27 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba BANANA REPUBLIC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000006 | 207.76 | 1.35 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD"S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000007 | 155.91 | 1.01 |
| ---------- Remittance Total --------------- | | 1,021.15 | 6.63 |

DOUGLAS A. DYMARKOWSKI, Trustee